IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL ACTION

LAURA DENISE SABELLA,
    Plaintiff,

vs.

CASE NO.:
DIVISION:

QUANTUM3 GROUP, LLC;
ACF MEDICAL SERVICES SPECIAL FINANCE UNIT, LLC,
    Defendant(s).
_____/

## COMPLAINT

COMES NOW Plaintiff(s), LAURA DENISE SABELLA ("Plaintiff"), by and through the undersigned counsel, and hereby files this Complaint against Defendant(s), QUANTUM3 GROUP, LLC; ACF MEDICAL SERVICES SPECIAL FINANCE UNIT, LLC ("Defendant") and states as follows:

### FACTS COMMON TO ALL COUNTS

1. Venue is proper in the county of the instant action.
2. Plaintiff hereby demands its right to a jury trial on issues so triable.
3. At all times material to this action, Defendants named herein and/or their assignors regularly engage in substantial business activity in the State of Florida including in the county of the instant action, State of Florida.
4. All references to Defendants named herein shall also include Defendants named herein's predecessors.

### COUNT I- VIOLATIONS OF THE FCCPA AGAINST QUANTUM3 GROUP, LLC

5. Plaintiff realleges paragraph numbers 1 through 4.
6. This is an action against QUANTUM3 GROUP, LLC for violations of the Florida's Consumer Collections Practices Act, Florida Statutes, §559, Part VI, *et. seq.* (FCCPA) for damages in excess of $5,000.00 but less than $15,000.00, exclusive of interest, court costs and attorney's fees.
7. At all times material hereto: (a) the Plaintiff is a 'debtor' or 'consumer' within the meaning of the FCCPA; (b) the debt sued upon is a 'debt' or 'consumer debt' within the meaning of the FCCPA; and (c) QUANTUM3 GROUP, LLC is a 'person' within the meaning of the FCCPA.
8. On or about July 9, 2014, QUANTUM3 GROUP, LLC engaged in consumer debt collection activities against Plaintiff in regards to delinquent amounts allegedly owed pursuant to consumer debt within the meaning of the FCCPA (the "Debt Collection Activity").

9. The Debt Collection Activity included the filing Proof of Claim #3 in Bankruptcy case number 8:14-bk-05092-CPM in the Middle District of Florida. Said Proof of Claim seeks unsecured amounts that appear to be barred from collections by the applicable statute of limitations and is otherwise 'stale.' Attached hereto as **Exhibit "A"** are the relevant documents evidencing the Debt Collection Activity as described herein this Count. (the "Debt Collection Conduct").

10. QUANTUM3 GROUP, LLC's Debt Collection Conduct as described herein this Count is a violation of the following provisions of Florida Statutes, §559.72:

*(9) Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist.*

11. As a result of the Debt Collection Conduct as described herein this Count, Plaintiff has been injured.

12. Plaintiff is (a) is entitled to collect its attorney's fees and costs pursuant to the Florida Statutes, §559.77(2); (b) has retained the law firm of Stamatakis + Thalji + Bonanno in this action; and (c) is obligated to pay the law firm of Stamatakis + Thalji + Bonanno a reasonable fee for its services in bringing or defending in this case, as well as all costs of collections.

WHEREFORE, Plaintiff respectfully requests relief in the form of: (i) actual damages, interest, court costs and attorney's fees; (ii) statutory damages in the minimum amount of $1,000.00 per violation; (iii) a trial by jury; and (iv) such further relief in law or equity that the Court deems just an appropriate under the circumstances.

## COUNT II-VIOLATIONS OF THE FCCPA AGAINST ACF MEDICAL SERVICES SPECIAL FINANCE UNIT, LLC

13. Plaintiff realleges paragraph numbers 1 through 4.

14. This is an action against ACF MEDICAL SERVICES SPECIAL FINANCE UNIT, LLC for violations of the Florida's Consumer Collections Practices Act, Florida Statutes, §559, Part VI, *et. seq.* (FCCPA) for damages in excess of $5,000.00 but less than $15,000.00, exclusive of interest, court costs and attorney's fees.

15. At all times material hereto: (a) the Plaintiff is a 'debtor' or 'consumer' within the meaning of the FCCPA; (b) the debt sued upon is a 'debt' or 'consumer debt' within the meaning of the FCCPA; (c) ACF MEDICAL SERVICES SPECIAL FINANCE UNIT, LLC is a 'person' within the meaning of the FCCPA.

16. On or about July 9, 2014, ACF MEDICAL SERVICES SPECIAL FINANCE UNIT, LLC engaged in consumer debt collection activities against Plaintiff in regards to delinquent amounts allegedly owed pursuant to consumer debt within the meaning of the FCCPA (the "Debt Collection Activity").

17.     The Debt Collection Activity included the filing Proof of Claim #3 in Bankruptcy case number 8:14-bk-05092-CPM in the Middle District of Florida. Said Proof of Claim seeks unsecured amounts that appear to be barred from collections by the applicable statute of limitations and is otherwise 'stale.' Attached hereto as Exhibit "A" are the relevant documents evidencing the Debt Collection Activity as described herein this Count. (the "Debt Collection Conduct").

18.     ACF MEDICAL SERVICES SPECIAL FINANCE UNIT, LLC's Debt Collection Conduct as described herein this Count is a violation of the following provisions of Florida Statutes, §559.72:

> *(9) Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist.*

19.     As a result of the Debt Collection Conduct as described herein this Count, Plaintiff has been injured.

20.     Plaintiff is (a) is entitled to collect its attorney's fees and costs pursuant to the Florida Statutes, §559.77(2); (b) has retained the law firm of Stamatakis + Thalji + Bonanno in this action; and (c) is obligated to pay the law firm of Stamatakis + Thalji + Bonanno a reasonable fee for its services in bringing or defending in this case, as well as all costs of collections.

WHEREFORE, Plaintiff respectfully requests relief in the form of: (i) actual damages, interest, court costs and attorney's fees; (ii) statutory damages in the minimum amount of $1,000.00 per violation; (iii) a trial by jury; and (iv) such further relief in law or equity that the Court deems just an appropriate under the circumstances.

STAMATAKIS + THALJI + BONANNO

By: / s / Nick Fowler
Scott D. Stamatakis, Esquire
Florida Bar No.:178454
Sami Thalji, Esquire
Florida Bar No.:165913
Nick Fowler
Florida Bar No.:81856
P.O. Box 341499
Tampa, Florida 33694
(813) 282-9330 (telephone)
(813) 282-8648 (facsimile)
Notice of Primary Email: Service@MyInjury.com
Counsel for Plaintiff

L16-1142